# CASE ANNOUNCEMENTS

*January 10, 2014*

[Cite as *01/10/2014 Case Announcements*, 2014-Ohio-36.]

## MOTION AND PROCEDURAL RULINGS

**2013–0536. State v. Spaulding.**
Summit C.P. No CR12051508. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas for Summit County.

Upon consideration of appellant's motion to avoid dismissal for want of prosecution, it is hereby ordered by the court that appellant shall file his merit brief within ten days of the date of this entry. No extension of this deadline shall be permitted. It is further ordered that the motion to avoid dismissal for want of prosecution is denied as moot.

**2013–1637. Robinson v. LaRose.**
In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus.

Upon consideration of petitioner's motion for default judgment and request for entry of default to the clerk of court, it is ordered by the court that the motion is denied as moot.

## DISCIPLINARY CASES

**2012–1768. In re Resignation of LaCivita.**
On November 26, 2012, this court accepted the resignation as an attorney and counselor at law of Richard James LaCivita, Attorney Registration No. 0003122, last known business address in Hubbard, Ohio, as a resignation with disciplinary action pending. On December 23, 2013, movant, Trumbull County Bar Association, filed a motion for an order to show cause why LaCivita should not be held in contempt for failing to obey this court's order of November 26, 2012.

Upon consideration thereof, it is ordered by this court that the motion is hereby granted to the extent that LaCivita show cause by filing a written response with the clerk of this court on or before 20 days from the date of this order why LaCivita should not be held in contempt. LaCivita is hereby ordered to immediately cease to hold himself forth as an attorney, desist and refrain from the practice of law in any form, and otherwise comply with this court's November 26, 2012 order.

It is further ordered, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

# CASE ANNOUNCEMENTS

*January 10, 2014*

[Cite as *01/10/2014 Case Announcements #2*, 2014-Ohio-59.]

## MISCELLANEOUS ORDERS

**In re Disqualification of Hunter.**
It is ordered by the court, sua sponte, that Tracie M. Hunter, Attorney Registration No. 0061225, is hereby disqualified from acting as a judge pursuant to Gov.Jud.R. III(6)(A). It is further ordered that she shall remain disqualified while any and all indictments filed in the Hamilton County Court of Common Pleas are pending and until further order of this court.